UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTIAN BEAUCHAMP, on behalf of himself
and others similarly situated,

                Plaintiff,

    -vs.-

GALLAGHER'S FAMOUS, LLC and DEAN
POLL,

                Defendants.

------------------------------------------------------------X

Civ. No.: 17-cv-03109

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 24 2017

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 24 2017

**PLEASE TAKE NOTICE** that the claims of Plaintiff, **Christian Beauchamp**, are hereby dismissed without prejudice, in their entirety, as against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: New York, New York
       May 23, 2017

                              JOSEPH & KIRSCHENBAUM LLP
                              32 Broadway, Ste. 601
                              New York, New York 10004
                              Telephone: (212) 688-5640
                              *ATTORNEYS FOR PLAINTIFF*

                              D. Maimon Kirschenbaum, Esq.